(135 So. 314)

### Elliott NELSON v. CITY OF ROANOKE.

5 Div. 94.

Supreme Court of Alabama.
May 28, 1931.

Rehearing Denied June 25, 1931.

Hooton & Hooton, of Roanoke, for petitioner.

Vann & Boyd, of Roanoke, for respondent.

SAYRE, J.

Petition of Elliott Nelson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Nelson v. City of Roanoke, 135 So. 312.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.